IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CR3129 |
| ) | |
| THANH LE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Motion to Release Compliance Bond, filing 30. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Clerk of the District Court shall release the compliance bond posted in this case in the amount of $4,500.00 to Thanh Le.

September 14, 2006.                    BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge